Opinion filed July 10, 2008











 
 
  
 
 







 
 
  
 
 




Opinion filed July 10,
2008

 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-08-00135-CR 

                                                    __________

 

                                  PAUL SANCHEZ LEIJA, Appellant

                                                             V.

                                        STATE
OF TEXAS, Appellee

 



 

                                         On
Appeal from the 350th District Court

                                                          Taylor
County, Texas

                                                   Trial
Court Cause No. 7659D

 



 

                                              M
E M O R A N D U M   O P I N I O N

 

Appellant
was convicted of the offense of theft.  Appellant has filed in this court a
motion to dismiss his appeal pursuant to Tex.
R. App. P. 42.2.  In the motion, appellant requests that we withdraw his
notice of appeal and dismiss the appeal.  The motion is signed by both
appellant and his attorney.  

The
motion is granted, and the appeal is dismissed.  

 

 

July 10, 2008                                                                                       PER
CURIAM

Do not publish. 
See Tex. R. App. P.
47.2(b). 

Panel consists of: Wright, C.J.,

McCall, J., and Strange, J.